UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | MBD Case No. 25-MC-94037 |
| ) | |
| BRIAN COOK, ) | |
| ) | |
| Defendant. ) | |

**ASSENTED-TO MOTION TO EXTEND TIME WITHIN WHICH
INDICTMENT OR INFORMATION MUST BE FILED**

The United States of America, by Assistant United States Attorney Danial E. Bennett, hereby moves the Court for an Order, pursuant to 18 U.S.C. §§ 3161(b) and (h)(7), that extends the time within which an indictment or information must be filed in the above-captioned case until **October 10, 2025**.

In support of the motion the government states as follows:

1. Defendant Cook is charged by criminal complaint, 25-mj-4401-DHH, with Possession of Child Pornography, in violation to Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

2. Following his arrest, Cook had his initial appearance before the Magistrate Court on August 7, 2025. He waived his preliminary hearing and was released on conditions. Pursuant to 18 U.S.C. § 3161(b), the government has until September 8, 2025, to indict Cook.

3. The parties are exploring the possibility of resolving this case short of a trial. The parties require additional time, however, before such a determination can be made.

4. The government has not previously sought to enlarge the time in which an

indictment or information must be filed.

5. The government submits that the delay resulting from the extension of time for filing an indictment or information serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial.

6. The government has consulted with defense counsel who has assented to this request.

ACCORDINGLY, the government asks the Court to enter an Order, pursuant to 18 U.S.C. §§ 3161(b) and (h)(7), that extends the time within which an indictment or information must be filed in the above-captioned case until **October 10, 2025,** and moves that the period between August 7, 2025, through October 10, 2025, be excluded from all Speedy Trial Act calculations.

Respectfully submitted,

LEAH B. FOLEY
UNITED STATES ATTORNEY

By: */s/ Danial E. Bennett*
DANIAL E. BENNETT (BBO# 657436)
Assistant U.S. Attorney
United States Attorney's Office
District of Massachusetts
Donohue Federal Building
595 Main Street
Worcester, Massachusetts 01608
Danial.Bennett@usdoj.gov

Dated: September 4, 2025

## Certificate of Service

  This is to certify that I have served defense counsel a copy of the foregoing document by electronic mail.

                */s/ Danial E. Bennett*
                Danial E. Bennett
                Assistant U.S. Attorney

Dated: September 4, 2025